No. 74–5474. ARNOLD v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 74–5476. WILSON v. CLANON, PRISON SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 74–5477. PAQUETTE v. LAVALLEE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 74–5480. GUTIERREZ v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 74–5484. ALEXANDER v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 74–5494. NEVAREZ v. ARIZONA. Super. Ct. Ariz., Pima County. Certiorari denied.

No. 74–5496. BARTLETT v. TOLEDO BAR ASSN. Sup. Ct. Ohio. Certiorari denied.

No. 74–5498. CARTER v. HARDY. C. A. 5th Cir. Certiorari denied.

No. 74–5526. KENNEDY ET AL. v. MEACHAM, WARDEN, ET AL. Sup. Ct. Wyo. Certiorari denied.

No. 74–5559. SANTANA v. UNITED STATES DISTRICT COURT. C. A. 2d Cir. Certiorari denied.